UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.      Criminal No. 12-cr-51-02-JD

Lillieana Bouchard

O R D E R

The assented to motion to reschedule jury trial (document no. 27) filed by defendant Bouchard is granted. As co-defendants Lucille Cranston and Curtis Hargrove assent to the trial continuance, trial is continued for all defendants to the two-week period beginning November 14, 2012, at 9:30 a.m.

Defendant Bouchard shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                */s/ Joseph A. DiClerico, Jr.*
                                Joseph A. DiClerico, Jr.
                                United States District Judge

Date: August 13, 2012

cc: William Christie, Esq.
    Jeffrey Levin, Esq.
    Harry Batchelder, Jr., Esq.
    Jennifer Davis, Esq.
    U.S. Marshal
    U.S. Probation