UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

                                    Criminal No. 12-cr-51-03-JD

        v.

Curtis Hargrove


                          O R D E R


     The assented to motion to reschedule jury trial (document no.
37) filed by defendant Hargrove is granted.  As all codefendants
agreed to this motion, the following deadline applies as to all
defendants:  Trial is continued to the two-week period beginning
April 16, 2013, 9:30 AM.

     Defendant Hargrove shall file a waiver of speedy trial rights
within 10 days.  The court finds that the ends of justice served by
granting a continuance outweigh the best interest of the public and
the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for
the reasons set forth in the motion.

     SO ORDERED.

                              /s/ Joseph A. DiClerico, Jr.
                              Joseph A. DiClerico, Jr.
                              United States District Judge


Date: February 11, 2013

cc:  Counsel of Record
     U.S. Marshal
     U.S. Probation